1036

[No. 72924-1-I.   Division One.   October 19, 2015.]

JASON LEE, *Appellant*, v. JOSIAH P. WALKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-21525-0, Helen Halpert, J., entered December 9, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 73360-5-I.   Division One.   October 19, 2015.]

FREDERICK THOMAS ET AL., *Appellants*, v. PIERCE COUNTY PROSECUTING ATTORNEY'S OFFICE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37253-3, Roger Rogoff, J., entered April 23, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.

[No. 73633-7-I.   Division One.   October 19, 2015.]

STEPHEN NOEL, *Individually and as Personal Representative*, ET AL., *Appellants*, v. FRANCISCAN HEALTH SYSTEM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-06137-5, Susan Serko, J., entered April 27, 2012 and March 25, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Leach, JJ.

[No. 73661-2-I.   Division One.   October 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK IN YOUNG PARK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00564-4, Jennifer A. Irvine Forbes, J., entered February 28, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Leach, J.